Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, John Ayers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-0135<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| John Ayers,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (JOHN AYERS) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: /s/
Attorneys for Plaintiff, John Ayers

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: April 27, 2009        DLA PIPER US LLP

By: _____
    Michelle Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR 3 0 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**